IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHERINE WOOD | * | |
| PLAINTIFF | * | |
| | * | CIVIL ACTION NO. _____ |
| VS. | * | |
| | * | |
| PROCOLLECT INC. | * | COMPLAINT AND |
| DEFENDANT | * | DEMAND FOR A JURY TRIAL |
| | * | |

# COMPLAINT

Plaintiff, Katherine Wood, on her own behalf, complains as follows against defendant Procollect Inc. for its violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.:

1.

Plaintiff Katherine Wood ("plaintiff" or "Ms. Wood") resides in East Baton Rouge Parish, State of Louisiana, and is a consumer as defined by the FDCPA in 15 U.S.C. § 1692a(3).

2.

Defendant, Procollect Inc. (hereinafter referred to as "Procollect" or "defendant") is a foreign corporation conducting business in the state of Louisiana whose registered agent for service of process in the state of Texas is Gary Lee Hach, 312 W. Northwest Highway, Suite B, Grapevine, Texas 76051. Procollect, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

3.

Plaintiff applied for an apartment lease at Springbrook Apartments, located in Baton Rouge,

Louisiana, in April 2006.

4.

Ms. Wood was approved for the lease but she chose not to sign a lease, but her co-applicant, Sarah Mason, ended up leasing the apartment by herself, which was for personal, family, and household purposes only.

5.

In October 2008, plaintiff received a collection letter from the defendant seeking to collect $5106.00 from her on behalf of Springbrook Apartments for past due rent and for sums due for a check returned for insufficient funds.

6.

Ms. Wood spoke with the defendant on October 31, 2008, regarding this account and asked about a statement in the defendant's letter stating the account would be reported to credit bureaus for up to seven years.

7.

Defendant's explanation was that "The original creditor will put it back on there until it's paid because it's part of rental history."

8.

Ms. Wood also questioned the defendant about being sued for this alleged debt, since it was also mentioned in the written correspondence it had sent her.

9.

The defendant's response was that this was a possibility because of the check returned for insufficient funds.

10.

Ms. Wood had never tendered any check to Springbrook Apartments which had been returned for insufficient funds, and the defendant was aware there was another person listed on this lease, Sarah Mason, but nevertheless led Ms. Wood to believe she may be sued for a check she had never written.

11.

Thereafter, Ms. Wood contacted Springbrook Apartments to determine how her name was added to the lease which defendant was attempting to collect from her.

12.

Ms. Wood diligently pursued Springbrook Apartments for proof she did not owe this alleged debt and eventually received a letter from it acknowledging she did not sign the lease in question, which was sent to the defendant on January 20, 2009.

13.

However, it was not until February 17, 2009, that defendant finally acknowledged Ms. Wood did not owe this alleged debt and removed its reporting from any consumer reporting agencies to which it reported this alleged debt.

**DEFENDANTS' PRACTICES**

14.

Defendant Procollect violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), and 1692e(10).

15.

Plaintiff has suffered actual damages and injury due to Procollect's violations, including, but

not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff prays for judgment against defendant Procollect Inc. as follows:

1. Actual damages from defendant;

2. Additional damages from defendant;

3. Attorney fees; and

4. Costs and expenses incurred in the action.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com
