UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE WOOD

VERSUS

PROCOLLECT, INC.

CIVIL ACTION

NO. 09-933-C

## ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without prejudice to the right upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

IT IS FURTHER ORDERED that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana, January 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
James J. Brady

## GARTH J. RIDGE
### ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

December 17, 2009

Chief Judge Ralph Tyson
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

    Re:    **Katherine Wood vs. ProCollect, Inc.**
            **Civil Action No. 09-933-RET-DLD**
            **United States District Court for the Middle District of Louisiana**

Dear Judge Tyson:

    I am notifying the court that a settlement has been reached, but not consummated, in this matter.

    If you have any questions with regard to the above, please do not hesitate to contact me.

    With warm professional regards and courtesies, I remain

                                          Sincerely,

                                          Garth J. Ridge

GJR/pkt
cc:    Ms. Katherine Wood (via e-mail)
       Ms. Stacy G. Butler, Esquire (via e-mail)
       Mr. David Goodhart, Esquire (via e-mail)
       Mr. Nick Lorio (via e-filing)
       Magistrate Judge Docia Dalby

# GARTH J. RIDGE
### ATTORNEY AT LAW
### TAYLOR OFFICE BUILDING
### 251 FLORIDA STREET, SUITE 301
### BATON ROUGE, LOUISIANA 70801

TELEPHONE NUMBER: (225) 343-0700
FACSIMILE NUMBER: (225) 343-7700

## FACSIMILE COVER SHEET

TO: Chief Judge Ralph Tyson
United State District Court
Middle District of Louisiana

FAX: (225) 389-3641

DATE: December 17, 2009

FROM: Kay Thornton
Secretary to Garth J. Ridge

NUMBER OF PAGES INCLUDING COVER SHEET: 2

## MESSAGE

Re: Katherine Wood vs. ProCollect, Inc.
Civil Action No. 09-933-RET-DLD
United States District Court for the Middle District of Louisiana

Please see the following letter(s).

Happy Holidays,

Kay

Please contact me if you have problems receiving this facsimile.

The information contained in this facsimile is legally privileged and confidential, intended only for the use of the individual(s) or entity(ies) named above. If the reader or recipient of this transmittal is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this transmittal, the content thereof, or any portion thereof, is strictly prohibited. If you have received this transmittal in error, please notify me immediately by telephone and return the original message to me at the above address via U.S. Mail.